SUZANNE L. MARTIN, ESQ.
Nevada Bar No. 8833
smartin@lrlaw.com
CHRISTIAN ZINN, ESQ.
Nevada Bar No. 9730
czinn@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
(702) 949-8200
(702) 216-6206 (fax)

Attorneys for Defendant Airport Terminal Services, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANITA O'BRIEN, an individual,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC., a foreign corporation; ROES and DOES I-X, inclusive,<br><br>　　　　　　　　Defendants. | **NOTICE**<br><br>Case No.: **2:09-cv-609** |

On April 2, 2009, document number 5 was erroneously filed with United States District Court, District of Nevada.

DATED this 2nd day of April, 2009.

　　　　　　　　　　　　　　　　　　　LEWIS AND ROCA LLP

　　　　　　　　　　　　　　　　　　　BY: /s/Suzanne L. Martin
　　　　　　　　　　　　　　　　　　　　　SUZANNE L. MARTIN, ESQ.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 8833
　　　　　　　　　　　　　　　　　　　　　smartin@lrlaw.com
　　　　　　　　　　　　　　　　　　　　　CHRISTIAN ZINN, ESQ.
　　　　　　　　　　　　　　　　　　　　　Nevada Bar No. 9730
　　　　　　　　　　　　　　　　　　　　　czinn@lrlaw.com
　　　　　　　　　　　　　　　　　　　　　LEWIS AND ROCA LLP
　　　　　　　　　　　　　　　　　　　　　3993 Howard Hughes Parkway, Suite 600
　　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89169
　　　　　　　　　　　　　　　　　　　　　(702) 949-8200
　　　　　　　　　　　　　　　　　　　　　(702) 216-6206 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following:

> Sharon L. Nelson, Esq.
> Nelson Law
> 401 N. Buffalo, Suite 210
> Las Vegas, Nevada 89145
> Attorney for Plaintiff

/s/Laura Sliwinski
An Employee of Lewis and Roca LLP