# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Anita O'Brien

      Plaintiff,

vs.

Airport Terminal Services, Inc., a foreign corporation, et al.

      Defendant(s).

Case # 2:09-cv-00609-RCJ-RJJ

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

    Aaron R. Lubeley, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at 1061 Kendall Drive, San Gabriel (city), Los Angeles (county), California (state).

2. That Petitioner is an attorney at law and a member of the law firm of Seyfarth Shaw LLP with offices at 333 S. Hope Street, Suite 3900 (street address), Los Angeles (city), 90071 (zip code), 213-270-9600 (area code + telephone number).

alubeley@seyfarth.com
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by _____Airport Terminal Services, Inc._____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since ___December 7, 1998___, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| California State Bar | 12/7/98 | 199837 |
| Supreme Court of California | 12/7/98 | 199837 |
| USDC Central District of California | 12/7/98 | 199837 |
| USDC Southern District of California | 10/21/99 | 199837 |
| USDC Eastern District of California | 10/20/99 | 199837 |
| USDC District of Colorado | 3/2/07 | (Admitted pro hac vice and to the District Court) |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

The State Bar of California

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| 11/5/08 | Robert Alexander v. Take-Two | USDC District of Nevada | Granted |
| 11/9/06 | 136 Collins Ave v. O.P.M.L. | USDC District of Nevada | Granted |
| 11/19/08 | Garvey v. Domingo | USDC District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF   CALIFORNIA   )
                                  )
COUNTY OF   LOS ANGELES   )

      AARON R. LUBELEY    , Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

2nd day of APRIL, 2009.

_____
Notary public or Clerk of Court

[Notary Stamp: BARBARA A. ALDERETTE, Commission # 1755862, Notary Public - California, Los Angeles County, My Comm. Expires Aug 1, 2011]

### DESIGNATION OF RESIDENT ATTORNEY
### ADMITTED TO THE BAR OF THIS COURT
### AND CONSENT THERETO.

      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate   Suzanne L. Martin  , Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, Nevada 89169
(702) 949-8288

                        (Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Suzanne L. Martin_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____Margaret D. Hole_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____    ____8833____
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE



# Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### AARON ROBERT LUBELEY

*I, FREDERICK K. OHLRICH, Clerk of the Supreme Court of the State of California, do hereby certify that **AARON ROBERT LUBELEY** was on the 7th day of December 1998 duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 10th day of March, 2009.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By *Joseph Cornetta*
Joseph Cornetta, Deputy Clerk

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

March 16, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AARON ROBERT LUBELEY, #199837 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records

**THE STATE BAR OF CALIFORNIA**

**MEMBER SERVICES CENTER**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

March 16, 2009

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, AARON ROBERT LUBELEY, #199837 was admitted to the practice of law in this state by the Supreme Court of California on December 7, 1998; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Sima La Fontaine
Custodian of Membership Records