SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
401 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89145
Telephone:     (702) 247-4LAW
Facsimile:     (702) 737-4LAW
Attorneys for Plaintiff
Anita O'Brien

## DISTRICT COURT

## CLARK COUNTY, NEVADA

ANITA O'BRIEN, an individual;

          Plaintiff,

vs.

AIRPORT TERMINAL SERVICES, INC. a
foreign corporation; ROES and DOES I-X,
inclusive,

          Defendant.

Case No.:  2:09-cv-00609-RCJ-RJJ

## PLAINTIFF'S CERTIFICATE REQUIRED BY LR 7.1-1

The undersigned, counsel of record for Plaintiff, certifies that there are no known interested parties other than those participating in the case.

This representation is made to enable the Judges of the Court to evaluate possible recusal.

DATED this ____9____ day of April 2009.

**NELSON LAW**

SHARON L. NELSON
Nevada Bar No. 6433
401 N. Buffalo, Suite 210
Las Vegas, Nevada  89145
Attorneys for Plaintiff
Anita O'Brien