SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
401 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89145
Telephone:    (702) 247-4LAW
Facsimile:    (702) 737-4LAW
Attorneys for Plaintiff
Anita O'Brien

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANITA O'BRIEN, an individual;<br><br>Plaintiff,<br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a foreign corporation; ROES and DOES I-X, inclusive,<br><br>Defendant. | Case No.: 2:09-cv-00609-RCJ-RJJ<br><br>**JOINT INTERIM STATUS REPORT** |

Pursuant to this Court's Order dated April 1, 2009 (Docket No. 3), the parties, by and through their respective counsel of record, hereby submit their Joint Interim Status Report.

1. Plaintiff filed her complaint on February 24, 2009 with the District Court of Clark County, Nevada, Case No. A583444. Defendant was served on March 2, 2009 and removed the matter to Federal Court on April 1, 2009.

2. The parties participated in the 26(f) conference on May 1, 2009.

3. The parties have maintained open talks of possible settlement; but to date have not met a resolution.

4. The parties have not exchanged written discovery at this time but intend to in the near future.

5. A discovery plan and scheduling order is due May 15, 2009.

6.  An ENE is set for June 23, 2009 before the Honorable Judge Leen; briefs are due June 16, 2009.

7.  There are no pending discovery motions.

Dated this 6th day of May 2009.

| | |
|---|---|
| **SEYFARTH SHAW, LLP** | **NELSON LAW** |
| /s/ Aaron R. Lubeley | /s/ Sharon L. Nelson |
| Aaron R. Lubeley | SHARON L. NELSON |
| 333 South Hope Street | 401 No. Buffalo, Suite 210 |
| Suite 3900 | Las Vegas, Nevada  89145 |
| Los Angeles, CA  90071-1406 | Attorney for Plaintiff, |
| Attorneys for Defendant | Anita O'Brien |
| Airport Transportation Service | |
| | |
| Suzanne Martin | |
| Lewis & Roca, LLP | |
| 3993 Howard Hughes Parkway | |
| Suite 600 | |
| Las Vegas, NV  89169 | |
| Local Counsel for Defendant | |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE