SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
401 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89145
Telephone: (702) 247-4LAW
Facsimile: (702) 737-4LAW
Attorneys for Plaintiff
Anita O'Brien

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANITA O'BRIEN, an individual;<br><br>Plaintiff,<br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a foreign corporation; ROES and DOES I-X, inclusive,<br><br>Defendant. | Case No.: 2:09-cv-00609-RCJ-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, Aaron R. Lubely of Seyfarth Shaw LLP, on behalf of Defendant Airport Terminal Services, Inc., and Sharon L. Nelson, Esq. of Nelson Law, on behalf of

//

//

the Plaintiff, Anita O'Brien, that the above-entitled action may be dismissed, with prejudice, each party to bear their own costs and attorneys' fees. Dismissal of this matter should not occur before June 5, 2009.

Dated this 28 day of May 2009.

**SEYFARTH SHAW, LLP**

Aaron R. Lubeley
333 South Hope Street
Suite 3900
Los Angeles, CA 90071-1406
Attorneys for Defendant
Airport Transportation Service

Suzanne Martin
Lewis & Roca, LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
Local Counsel for Defendant

**NELSON LAW**

SHARON L. NELSON
401 No. Buffalo, Suite 210
Las Vegas, Nevada 89145
Attorney for Plaintiff,
Anita O'Brien

//

//

**ORDER**

Upon review of the above Stipulation in the above-entitled matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action is hereby dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED this ________ day of ________________________, 2009.

______________________________
DISTRICT COURT JUDGE

Respectfully submitted by:

**NELSON LAW**

______________________________
SHARON L. NELSON
Nevada Bar No. 006433
401 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89145
Attorneys for Plaintiff,
Anita O'Brien