SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
401 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89145
Telephone:  (702) 247-4LAW
Facsimile:   (702) 737-4LAW
Attorneys for Plaintiff
Anita O'Brien

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANITA O'BRIEN, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>AIRPORT TERMINAL SERVICES, INC. a foreign corporation; ROES and DOES I-X, inclusive,<br><br>Defendant. | Case No.:  2:09-cv-00609-RCJ-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, by and through their respective counsel of record, Aaron R. Lubely of Seyfarth Shaw LLP, on behalf of Defendant Airport Terminal Services, Inc., and Sharon L. Nelson, Esq. of Nelson Law, on behalf of

//

//

1  the Plaintiff, Anita O'Brien, that the above-entitled action may be dismissed, with prejudice, each

2  party to bear their own costs and attorneys' fees.   Dismissal of this matter should not occur before

3  June 5, 2009.

4      Dated this 28 day of May 2009.

5

6  **SEYFARTH SHAW, LLP**          **NELSON LAW**

7

8  _____        _____
   Aaron R. Lubeley                   SHARON L. NELSON
9  333 South Hope Street            401 No. Buffalo, Suite 210
   Suite 3900                           Las Vegas, Nevada  89145
10 Los Angeles, CA  90071-1406      Attorney for Plaintiff,
   Attorneys for Defendant          Anita O'Brien
11 Airport Transportation Service

12
   Suzanne Martin
13 Lewis & Roca, LLP
   3993 Howard Hughes Parkway
14 Suite 600
   Las Vegas, NV  89169
15 Local Counsel for Defendant

16

17

18 //

19 //

20

21

22

23

24

25

26

27

28

## ORDER

Upon review of the above Stipulation in the above-entitled matter,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-referenced action is hereby dismissed, with prejudice, each party to bear their own costs and attorneys' fees.

DATED this __3rd__ day of _____June_____, 2009.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

**NELSON LAW**

_____
SHARON L. NELSON
Nevada Bar No. 006433
401 N. Buffalo Drive, Suite 210
Las Vegas, Nevada 89145
Attorneys for Plaintiff,
Anita O'Brien